```
McGREGOR W. SCOTT
United States Attorney
MARK McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>       v.                            )<br>                                     )<br> NANYO PONCE-TORRES,                 )<br>                                     )<br>            Defendant.               )<br>_____) | NO. 1:06-cr-00343 AWI<br><br>STIPULATION TO CONTINUE<br>APPELLEE'S BRIEF |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK McKEON, Assistant United States Attorney for Plaintiff and ROBERT W. RAINWATER, attorney for Defendant, that the filing of appellee's brief,

//
//
//
//
//
//

1

1  currently due December 29, 2006 be continued to **January 16, 2007.**
2  The appellant's reply brief shall be due by **January 23, 2007.**

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


Dated: December 20, 2006      By    /S/Mark McKeon
                                    MARK McKEON
                                    Assistant U. S. Attorney


Dated: December 20, 2006            /s/Robert W. Rainwater
                                    ROBERT W. RAINWATER
                                    Attorney for Defendant
```

### ORDER

Per the parties stipulation, IT IS HEREBY ORDERED that the filing of appellee's brief due December 29, 2006 shall be continued to January 16, 2007 and the appellant's reply brief shall be due by January 23, 2007.

IT IS SO ORDERED.

**Dated:   December 22, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2