Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

**Offender Name:**             MATTHEW EDWARD SULLIVAN

**Docket Number:**             1:06CR00282-001
                               1:06CR00232-001

**Offender Address:**          Riverside, California

**Judicial Officer:**          Honorable Anthony W. Ishii
                               Chief United States District Judge
                               Fresno, California

**Original Sentence Date:**    10/23/2006

**Original Offense:**          <u>1:06CR00282-01</u>: 18 USC 2113(a), Bank Robbery
                               (CLASS C FELONY)

                               <u>1:06CR00232-01</u>: 18 USC 2113(A), Credit Union Robbery
                               (CLASS C FELONY)

**Original Sentence:**         <u>1:06CR00282-01</u>: 57 months Bureau of Prisons (concurrent to 1:06CR00232-01), 36 months supervised release, $100 special assessment, $825 restitution, mandatory drug testing.

                               <u>1:06CR00232-01</u>: 57 months Bureau of Prisons (concurrent to 1:06CR00282-01), 36 months supervised release, $100 special assessment, mandatory drug testing.

**Special Conditions:**        1) Search; 2) No dissipation of assets: 3) Financial disclosure; 4) Financial restriction; 5) Drug/alcohol treatment; 6) Drug/alcohol testing; 7) No alcohol; 8) Mental health treatment; 9) aftercare co-payment.

**Type of Supervision:**       Supervised Release

**Supervision Commenced:**     11/23/2010

**RE:**   **SULLIVAN, Matthew Edward**
      **Docket Number:  1:06CR00282-001/1:06CR00232-001**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | | | |
|---|---|---|---|
| **Assistant U.S. Attorney:** | Dawrence W. Rice, Jr. | **Telephone:** | 559-497-4000 |
| **Defense Attorney:** | Francine Zepeda | **Telephone:** | 559-487-5561 |

**Other Court Action:**

**11/17/2011**:   Probation Form 12B, Petition to Modify Conditions of Supervised Release submitted to Court, alleging a need for continued Residential Re-Entry Center (RRC) placement due to the offender having no release plan. The Court modified supervision conditions to include a RRC placement for up to 90 days.

**03/04/2011:**   Probation Form 12B, Petition to Modify Conditions of Supervised Release, submitted to Court, alleging the offender failed to participate in Teen Challenge, used methamphetamine, and was in need of continued RRC placement. The Court modified supervision conditions to include a RRC placement for up to 120 days.

**04/13/2011:**   Probation Form 12C, Petition or Warrant, alleging failure to participate in RRC, filed with the Court.

**06/27/2011:**   Offender appeared before Court and admitted charge. Supervised release was revoked and the offender was sentenced to 6 months Bureau of Prisons, with 30 months supervised release to follow.

**Special Conditions**: 1) Search; 2) Not dissipate assets; 3) Financial disclosure; 4) Drug/alcohol treatment; 5) Drug/alcohol testing; 6) Abstain from alcohol; 7) Mental health treatment; 8) Aftercare co-payment; 9) As directed by USPO, complete 20 hours of community service per week until employed for at least 30 hours per week or partici-pating in a previously approved educational or vocational program; 10) Cognitive behavioral treatment program.

RE:     SULLIVAN, Matthew Edward
        Docket Number:  1:06CR00282-001/1:06CR00232-001
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The offender shall participate in mental health treatment, which may include evaluation and counseling, and take all prescribed psycho tropic medications until discharged from the treatment by the treatment provider, with the approval of the Probation Officer.

**Justification:** The offender was originally released from the Bureau of Prisons on November 21, 2010. Since his release, his performance on supervision has been marginal. He has failed to complete two programs, including Teen Challenge and Turning Point RRC; both designed to deal with his substance abuse, mental health, employment and housing issues. In addition, the offender has admitted using methamphetamine. Following the offender's failure to participate in the RRC, his supervised release was revoked and he was sentenced to 6 months Bureau of Prisons. Upon his release on October 14, 2011, he again had no place to reside and ultimately his mother, who resides in Riverside, California, came and picked him up. She has agreed to let him live with her as long as he takes his medication and goes to treatment. In light of his relocation to the Central District of California, a pre-transfer request was initiated and they have accepted the offender's case for supervision if the Court will modify the language to his mental health condition. It appears as though it is in the best interest of the offender that he be allowed to reside with his mother where he has room, board, and support.

Therefore, it is recommended that the offender's mental health condition be modified as noted above. The offender has agreed to the modification and has signed the Probation 49, Waiver of Hearing to Modify Conditions of Supervised Release.

RE: SULLIVAN, Matthew Edward
Docket Number:  1:06CR00282-001/1:06CR00232-001
PETITION TO MODIFY THE CONDITIONS OR TERM
OF SUPERVISION WITH CONSENT OF THE OFFENDER


Respectfully submitted,

/s/ Leighann L. Milford

**LEIGHANN L. MILFORD**
Senior United States Probation Officer
Telephone:  559-499-5724

DATED: December 8, 2011
Fresno, California
LLM/rla


**REVIEWED BY:**   /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
Supervising United States Probation Officer


**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

cc: United States Probation
Dawrence W. Rice Jr., Assistant United States Attorney
Francine Zepeda, Assistant Federal Defender


IT IS SO ORDERED.

Dated:   December 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE