IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-232 AWI |
| ) | |
| Plaintiff-Appellee, ) | 1:06-CR-282 AWI |
| ) | |
| v. ) | |
| ) | ORDER RECALLING ARREST |
| MATTHEW EDWARD SULLIVAN, ) | WARRANTS |
| ) | |
| Defendant-Appellant. ) | |

In the both of the above cases on May 25, 2012, the Court issued arrest warrants for Matthew Edward Sullivan for probation violations. However, the Court recently received notice that Matthew Edward Sullivan is deceased. Although the above cases are closed, the Court will recall the arrest warrants.

Accordingly, IT IS HEREBY ORDERED that:

1. The arrest warrant issued on May 25, 2012 in Case No. 1:06-CR-232 AWI (Doc. No. 31) is RECALLED; and

2. The arrest warrant issued on May 25, 2012 in Case No. 1:06-CR-282 AWI (Doc. No. 21) is RECALLED

IT IS SO ORDERED.

Dated:   October 30, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE